```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Saga Forest Carriers International A.S.,

           Plaintiff(s),           07 Civ 10276 (CM) (KNF)

   -against-

Cosco International Air and Sea Freight,    CALENDAR NOTICE

           Defendant(s).
-------------------------------------------------X

    Please take notice that the above captioned matter has been **re-scheduled** for:

\_\_\_ Pre-trial Conference    \_\_\_ Status Conference    \_\_\_ Oral argument
\_\_\_ Settlement conference    \_\_\_ Plea Hearing    (Bankruptcy Appeal)
✓ Rule (16) conference    \_\_\_ Final pre-trial conference
\_\_\_ Telephone Conference    \_\_\_ Jury Selection and Trial
\_\_\_ Non-Jury Trial    \_\_\_ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, February 22, 2008 at 10:30 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: January 15, 2008
       New York, New York

                              So Ordered

                              _[signature]_

                              Colleen McMahon, U.S.D.J