```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SAGA FOREST CARRIERS                        :
INTERNATIONAL A.S.,                         :
                                            :
                Plaintiff,                  :
                                            :          07 CV 10276 (CM)
        - against -                         :          ECF CASE
                                            :
COSCO INTERNATIONAL AIR AND                 :
SEA FREIGHT, UNION GLOBAL                   :
LIMITED and LETOP FORWARDING INC:
                                            :
                Defendants.                 :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-08

## AMENDED ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(C)

Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Second Amended Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, including any additional amended pleadings filed herein, and

Upon reading the Affidavit of Claurisse Campanale-Orozco, sworn to on January 22, 2008, and good cause having been shown,

IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Second Amended Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process, including any additional amended pleadings filed herein, upon Defendants herein and upon the garnishee(s)

listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by Plaintiff, may hold assets for or on account of the Defendants; and,

IT IS FURTHER ORDERED that in order to avoid the need to repetitively serve the garnishee(s) / banking institutions continuously throughout the day, any cop of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: 1/22/08

**SO ORDERED,**

_____,
United States District Judge