| | | |
|---|---|---|
| 11 WEST 42ND STREET, SUITE 900<br>NEW YORK, NY 10036<br>(212) 354-0025<br>FAX: (212) 869-0067<br><br>TL@TISDALE-LAW.COM | # TISDALE<br>LAW OFFICES, LLC<br><br>*New York, NY · Southport, CT* | 10 SPRUCE STREET<br>SOUTHPORT, CT 06890<br>(203) 254-8474<br>FAX: (203) 254-1641<br><br>WWW.TISDALE-LAW.COM |

## MEMO ENDORSED

February 20, 2008

*Granted.*
*Adjourned to 4/10/08 @ 10:30am*
*Colleen McMahon*
*2/20/08*

**Via Facsimile (212) 805-6326**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   Saga Forest Carriers Int'l A.S. v. Cosco International Air and Sea Freight,
      Union Global Limited and Letop Forwarding Inc.
      Docket Number: 07 Civ. 10276
      Our Reference Number: 07-15-1775

Honorable Sir:

   We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On November 15, 2007 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared. Moreover, despite daily service of the Writ of Attachment on the garnishee banks, no assets have been restrained.

   As the Defendant has not appeared and no funds have been attached, we respectfully request a sixty (60) day adjournment of the initial pre-trial conference scheduled for February 22, 2008. This is the first request for an adjournment of a pre-trial conference in this matter. During this time, we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim and obtain jurisdiction over the Defendant. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

Claurisse Campanale-Orozco

dk

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/20/08
```