# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET. SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

TL@TISDALE-LAW.COM

*New York, NY · Southport, CT*

WWW.TISDALE-LAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

**MEMO ENDORSED**

July 14, 2008

*Put on [illegible]*

*[signature] Colleen McMahon 7/14/08*

**Via Facsimile (212) 805-6326**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   Saga Forest Carriers Int'l A.S. v. Cosco International Air and Sea Freight,
      Union Global Limited and Letop Forwarding Inc.
      Docket Number: 07 Civ. 10276
      Our Reference Number: 07-15-1775

Honorable Madam:

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On November 15, 2007 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared.

The Plaintiff is proceeding to arbitration and while we are not yet fully secured, we continue to capture funds. To date, we have restrained a total of $79,848.60 of the Defendants' funds. Therefore, we request an adjournment, or stay of the proceedings, with the right to continue service until the Plaintiff is fully secured, while arbitration is under way.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

*[signature]*
Claurisse Campanale-Orozco

dk